No. 68322.—Brylanwire, Ltd., and H. H. Elder & Co. et al. v. United States, protests 60/2049, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of steel tying wire similar in all material respects to that the subject of *Holdwire, Ltd.* v. *United States* (49 Cust. Ct. 19, C.D. 2355), the claim of the plaintiffs was sustained.

No. 68323.—Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp. et al. v. United States, protests 60/10477, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.